# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### KNOXVILLE – COURTROOM 3A

**Case #:** 3:26-CR-14                    **Date:** 6/1/2026

United States of America    **vs.**  Wells, et al.

**Present Before:** Honorable Jill E. McCook, United States Magistrate Judge

| **Courtroom Deputy:** | **Court Reporter:** | **Law Clerk:** |
|---|---|---|
| Marian BIllingsley | DCR | Michelle Gensheimer |

| **Asst. U.S. Atty(s):** | **Probation Officer(s):** | **Atty(s) for Defendant(s):** |
|---|---|---|
| David Lewen<br>Russ Swaford | | Wade Davies & Georgia Miller<br>Loretta Cravens<br>Robert Kurtz<br>Stephen Johnson |

**Others Present:**

Interpreter: Laura Garcia-Hein
SWORN? Yes

**Proceedings:**

Motion Hearing held re 126, 130, and 112.
Defendants Wells and Bonilla-Serna, were present in-person for court. Loretta Cavens present on behalf of defendant Bonilla-Serna. Stephen Johnson present on behalf of defendant Nicholas Pastore.
Motion to sever and Motion to cont. will be taken under advisement. An Order is to follow.

☐ Defendant remanded to custody. ☐ Defendant released on Order Setting Conditions of Release.

**Time:** 1:00        **to** 2:00

⊙ **I,** Marian BIllingsley    **, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.**